THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187101
    300 North Los Angeles Street
    Room 7516, Federal Building
    Los Angeles, California 90012
    Telephone: (213) 894-6117
    Facsimile: (213) 894-7819
    Email: sharla.cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE RIFE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | EDCV 09 0034 JC<br><br>**JUDGMENT** |

    The Court having approved the parties' stipulation to remand this case to the Commissioner of Social Security for further administrative proceedings, pursuant to Sentence 4 of 42 U.S.C. § 405(g), and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

    DATE: July 1, 2009

                                /s/
                     JACQUELINE CHOOLJIAN
                     United States Magistrate Judge